UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCIS EDWIN DAVIS, JR.,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of  )<br>Social Security,  )<br>)<br>Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:15-CV-141-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and § 1383(c)(3) with a remand of the cause to the Commissioner for further proceedings.

**This Judgment Filed and Entered on April 24, 2015, and Copies To:**

| | |
|---|---|
| Vance Edward Jennings | (via CM/ECF Notice of Electronic Filing) |
| Wanda D. Mason | (via CM/ECF Notice of Electronic Filing) |

DATE:                                      JULIE RICHARDS JOHNSTON, CLERK

April 24, 2015                       (By) /s/ Courtney O'Brien

                                                                         Deputy Clerk